**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

ANSELMO GUARNEROS,

Plaintiff,

v.

TOMO MORTGAGE, LLC,

Defendant.

Case No. 5:26-cv-01313

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, ANSELMO GUARNEROS, and Defendant, TOMO MORTGAGE, LLC, have reached a settlement of the above-captioned action. Plaintiff anticipates filing a notice of voluntary dismissal, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 19th day of August 2026.

Respectfully Submitted,

*/s/Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC
180 N. Stetson Ave., Suite 2800
Chicago, IL 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
teddy@consumerlawpartners.com

*Attorney for Plaintiff, Anselmo Guarneros*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 19, 2026, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the District Court for the Southern District of Texas using the CM/ECF system, which will send notification of this filing to all attorneys of record in this action.

/s/ *Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis